**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TROY GONZALEZ,

            Petitioner,

   v.

TIM V. VIRGA, Warden,

          Respondent.

Case No. EDCV 13-0973 RGK (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 27, 2013

                                  _____

                             R. GARY KLAUSNER
                             UNITED STATES DISTRICT JUDGE