**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY GONZALEZ, | Case No. EDCV 13-0973 RGK (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM V. VIRGA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 27, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE